# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

DONNEL THOMAS,

        Defendant.

Case No.: 16-cr-2557-BEN

**JOINT MOTION AND ORDER FOR PROTECTIVE ORDER**

The parties, UNITED STATES OF AMERICA, by and through its counsel, Alana W. Robinson, Acting United States Attorney, and Stephen H. Wong, Assistant United States Attorney, and the defendant, through counsel, Elizabeth M. Barros, Federal Defenders of San Diego, Inc., hereby jointly move, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to enter a protective order. The parties agree as follows:

WHEREAS the government must provide discovery to the defense pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Brady v. Maryland, 373 U.S. 83, 87 (1963); Giglio v. United States, 405 U.S. 150, 154 (1972); and the Jenks Act, 18 U.S.C. § 1600, (the "discovery obligations") and;

WHEREAS, there is good cause for this order based on the facts of this case, and;

WHEREAS, certain confidential discovery material ("CDM") contains testing material and scoring criteria used to interpret the test, and;

WHEREAS, the American Psychological Association's Ethical Principles of Psychologists and Code of Conduct (Standard 9.11) guides psychologists to make reasonable efforts to maintain the integrity and security of test materials, and;

WHEREAS, the CDM will be disclosed to defense counsel of record pursuant to this protective order, and except as specifically noted below, may be disclosed to the defendant, other attorneys within defense counsel's office, defense experts, defense investigators, secretaries, legal assistants, law clerks, paralegals, or any other person who is working for the defendant and his counsel (collectively referred to as the Defense"), to enable the Defense to prepare for, and testify at, any pending hearings or trial of this matter.

IT IS HEREBY ORDERED that the Government shall disclose CDM to the Defense, at the time required under the pertinent discovery obligation, as follows:

(1)    All CDM produced by the Government in this matter shall be designated "SUBJECT TO PROTECTIVE ORDER" and clearly marked on the face of the discovery. If the Defense disagrees with the Government's decision designating certain material as subject to protective order, the Defense shall inform the Government in writing of the basis for its objection to the designation. If the Government does not then agree to withdraw the designation, the parties shall put the matter before the Court;

(2)    The Defense shall not disclose the substance of any CDM received from the Government in the above-captioned matter, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

(3)    The defendant shall not be provided a copy of the CDM, however, the Defense may show the materials to the defendant and discuss it with him;

(4)    Any CDM admitted into evidence at any trial or public hearing in this matter, shall be under seal;

(5)    The CDM may not be copied or further disseminated in any way to any other person or entity who is not part of the Defense; and

(6)    At the conclusion of this case, or in the event counsel withdraws or is disqualified from participation in this case, any CDM material received and any copies derived therefrom, shall be either returned to the Government within ten (10) days or placed in a sealed envelope in defense counsel's files and not accessed except by the Defense in connection with the Defendant, and with written notice to Government counsel.

16-cr-2557-BEN

(7)    Finally, the parties agree that Defense counsel shall be required to communicate the substance of this order and explain it to their assistants and any expert witness retained by Defense counsel before making any CDM available to those persons.

Respectfully submitted,

ADAM BRAVERMAN
United States Attorney

DATED: _____

*s/Stephen H. Wong*
STEPHEN H. WONG
Assistant U.S. Attorney

DATED: _____

*s/Elizabeth M. Barros*
Elizabeth M. Barros, Federal Defenders
Attorneys for defendant
Donnell Thomas

SO ORDERED.
DATED: 12/05/2017

_____
HON. ROGER T. BENITEZ
United States District Court Judge

16-cr-2557-BEN